JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DRG FENCE INCORPORATED; RANDY JOSEPH NORIEGA; and BUSINESS ALLIANCE INSURANCE COMPANY,<br><br>　　　　Defendants. | No. CV 16-2059 PA (AJWx)<br><br>JUDGMENT |

In accordance with the Court's November 3, 2016 Minute Order granting the Motion for Judgment by Default filed by plaintiff Construction Laborers Trust Funds for Southern California Administrative Company ("Plaintiff"), and the Court's September 15, 2016 Order dismissing defendant Business Alliance Insurance Company ("BAIC"),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Plaintiff is entitled to judgment against defendants DRG Fence Incorporated ("DRG") and Randy Joseph Noriega ("Noriega") as follows:

　　A.　　Against DRG: Damages in the sum of $33,626.28. This amount consists of unpaid contributions of $22,237.71 ($23,776.17 in unpaid contributions minus

1         the $1,538.46 Plaintiff received from BAIC); liquidated damages of
2         $7,365.96; prejudgment interest of $1,028.52; attorneys' fees of $2,376.22
3         (pursuant to the schedule in Local Rule 55-3 based on the $22,237.71 in
4         unpaid contributions plus the $7,365.96 in liquidated damages); and costs of
5         $617.87.

6    B.   Against Noriega: Noriega is individually, jointly and severally liable with
7         DRG for damages in the sum of $24,515.49. This amount consists of unpaid
8         contributions of $22,237.71 ($23,776.17 in unpaid contributions minus the
9         $1,538.46 Plaintiff received from BAIC); prejudgment interest of $1,028.52,
10         attorneys' fees of $734.26; and costs of $515.00.

11    IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff shall be
12 entitled to post-judgment interest on all sums owing at the legal judgment rate specified in
13 28 U.S.C. § 1961.

14    The Clerk is ordered to enter this Judgment.

16 DATED: November 3, 2016                   _____
17                                              Percy Anderson
                                        UNITED STATES DISTRICT JUDGE