UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>DRG FENCE FENCE INCORPORATED, a California corporation; RANDY JOSEPH NORIEGA, an individual; BUSINESS ALLIANCE INSURANCE COMPANY, a California corporation,<br><br>Defendants. | CASE NO.:  2:16-cv-02059 PA-PLA<br><br>**RENEWAL OF JUDGMENT BY CLERK**<br><br>[NO HEARING SCHEDULED] |

On November 7, 2016, judgment was entered in this action ("Judgment") in favor of the plaintiff, CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, LLC, the administrator, agent for collection and a fiduciary to the Laborers Health And Welfare Trust Fund For Southern California, Construction Laborers Pension Trust For Southern California, Construction Laborers Vacation Trust For Southern California, Laborers Training And Re-Training Trust Fund For Southern California, Fund For Construction Industry Advancement, Center For Contract Compliance, Landscape

1  Industry Promotion Fund, and Laborers' Trusts Administrative Trust Fund For
2  Southern California ("Judgment Creditor"), and against defendants DRG FENCE
3  INCORPORATED, a California corporation ("DRG FENCE") and RANDY JOSEPH
4  NORIEGA, an individual individually, jointly and severally ("NORIEGA").  [Court
5  Document 54 (Judgment).]  As indicated in it, the Judgment has two monetary
6  components.  First, $33,626.28 was awarded against DRG FENCE.  Second, of that
7  amount, $24,515.49 was awarded jointly and severally against DRG FENCE and
8  NORIEGA.  On October 5, 2018, an Order Providing for Enforcement of Judgment
9  Against Judgment Debtor Under an Additional Alias Name was entered [Court
10 Document 97] issuing the Judgment Debtor's name to be listed on the Judgment as
11 follows: RANDY JOSEPH NORIEGA, an individual, also known as RANDY OLEA
12 NORIEGA.
13         The Judgment has not previously been renewed.  NOW, upon application of
14 Plaintiff and Judgment Creditor, (hereinafter referred to as "JUDGMENT
15 CREDITOR"), upon declaration that DEBTORS have failed to fully pay the total
16 amount of said Judgment and is indebted to JUDGMENT CREDITOR.
           <u>Abstracts of Judgment</u> were recorded as follows:

| Date | County | Instrument No. | Judgment Debtors |
|---|---|---|---|
| 12/09/2016 | Los Angeles | 20161566437 | DRG FENCE & NORIEGA |
| 11/19/2018 | Los Angeles | 20181163438 | DRG FENCE & NORIEGA |

<u>Judgment Liens</u> were filed with the California Secretary of State as follows:

| Date | Instrument No. | Judgment Debtor |
|---|---|---|
| 11/26/2018 | 18-7684230009 | NORIEGA |
| 03/23/2022 | U220177539935 | DRG FENCE |

26  / / /
27  / / /
28  / / /

**NOW, upon application of the Judgment Creditor**:

The $33,626.28 Judgment against **DRG FENCE** is renewed as follows:

    a. Total Judgment……………………………………… $ 33,626.28
    b. Costs after Judgment……………………………….$         0.00
    c. Less Credits after Judgment………………….…… $ -18,770.83
    d. Interest after Judgment computed from
    e. November 7, 2016 to September 16, 2022 at 0.64%
    f. (accruing at $0.28 per day) ………………….…..... $       848.90
       TOTAL RENEWED JUDGMENT……….…….... $ 15,704.35

The $24,515.49 Judgment against **DRG FENCE** and **NORIEGA** is renewed as follows:

    a. Total Judgment……………………………………… $ 24,515.49
    b. Costs after Judgment………………………………$         0.00
    c. Less Credits after Judgment………………….…… $ -18,770.83
    d. Interest after Judgment computed from
    e. November 7, 2016 to September 16, 2022 at 0.64%
    f. (accruing at $0.11 per day) ………………….…..... $       501.74
       TOTAL RENEWED JUDGMENT……….…….... $  6,246.40

DATED: 9/1/2022                         _Sharon Hall Brown_
                                                    Deputy Clerk

KIRY K. GRAY, CLERK OF COURT

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 3550 Wilshire Boulevard, Suite 2000, Los Angeles, California 90010-2421.

On **September 19, 2022,** I served the foregoing document described as **[PROPOSED] RENEWAL OF JUDGMENT BY CLERK** on the interested parties in this action by first class United States mail and by placing

☐ the original  ☒ a true copy thereof enclosed in a sealed envelope addressed as follows:

DRG Fence, Inc.  
Randy Joseph Noriega  
116 E. Live Oak Avenue #142  
Arcadia, CA 91006-5239

Randy Joseph Noriega  
El Centro, California

☒ (By Mail) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ (By Fax) I transmitted said document(s) at ___:___ a.m./p.m. to fax telephone number, executed on _____, at Los Angeles, California.

Executed on **September 19, 2022**, at Los Angeles, California.

☒ (Federal Court) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____  
Vincent Rivera